IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **John William O'Grady,**                )<br>                                                                )<br>                    Plaintiff,             )<br>                                                                )<br>         v.                                             )<br>                                                                )<br>**C. Kelly Jackson, County Solicitor, Third Judicial**     )<br>**Circuit; Clarendon County, South Carolina;**     )<br>**and Ferrell Cothran, County Attorney;**             )<br>**Clarendon County, South Carolina,**     )<br>                                                                )<br>                    Defendants.         )<br>_____) | C/A No. 3:06-2026-CMC-JRM<br><br>**O R D E R** |

Plaintiff, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 in the Northern District of New York where he is an inmate in the Mohawk Correctional Facility in Rome, New York. The action is brought into this court pursuant to the Interstate Agreement on Detainers Act. Defendants filed a motion to dismiss and Plaintiff filed a response.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings and a Report and Recommendation. On January 22, 2007, the Magistrate Judge issued a Report recommending that Defendants' motion to dismiss be granted. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the complaint, the motion, the response, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is **GRANTED.**

**IT IS SO ORDERED**.

                                          s/ Cameron McGowan Currie
                                          CAMERON MCGOWAN CURRIE
                                          UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 12, 2007

C:\Documents and Settings\tdt78\Desktop\06-2026 O'Grady v. Jackson, et al. no obj- mo to dism granted - dmb.wpd